# EXHIBIT 1

(https://www.bbvausa.com)

## What You Need to Know about Overdrafts and Overdraft Fees

**An overdraft occurs when you do not have enough money in your account to cover a transaction, but the transaction is paid anyway. We may pay items into overdraft under several different circumstances:**

1. We have standard overdraft practices that may apply to your account.

2. We also offer overdraft protection plans, such as a link to a savings account or an overdraft protection line of credit, which may be less expensive than fees that apply to standard overdraft practices for your account. To learn more, ask us about these alternative arrangements and other services that can help you manage your account.

This notice explains our standard overdraft practices.

**What are the standard overdraft practices that come with my account?**

We may, at our discretion, authorize and pay overdrafts for the following types of transactions: (i) checks and other transactions made using your checking account number; and (ii) automatic bill payments. If you do not want BBVA to authorize and pay overdrafts arising from checks and other transactions made using your checking account number and from automatic bill payments, you must opt-out of our standard overdraft practices for these types of transactions.*

We do not authorize and pay overdrafts for the following types of transactions unless you ask us to (see below): (i) ATM transactions; and (ii) everyday debit card transactions. If we do not authorize and pay an overdraft, your transaction will be declined.

We pay overdrafts at our discretion, which means we do not promise or guarantee that we will always authorize and pay any type of transaction.

* If you do not want BBVA to authorize and pay overdrafts arising from checks and other transactions made using your checking account number and from automatic bill payments, please call 1-844-BBVAUSA or visit BBVA Online Banking. When these items are declined or returned due to insufficient available funds in your account, we will charge you an "NSF Charge-Return Item" fee of $38 ($32 in California) each time we return an item for insufficient funds.

**What fees will be charged if BBVA pays a transaction into overdraft?**

We will charge you an "NSF Charge – Paid Item" fee of $38 ($32 in California) each time we pay a transaction into overdraft.

Also, If your account remains overdrawn by more than $1.00 for seven (7) consecutive calendar days, an Extended Overdraft Service Charge of **$23** will be assessed. An additional **$23.00** Extended Overdraft Service Charge will be assessed for every seven (7) consecutive calendar days that your account remains overdrawn by more than $1.00. A maximum of **four** Extended Overdraft Service Charges may be assessed per overdraft occurrence. This charge is in addition to any NSF fees you may incur as a result of items being presented against insufficient funds.

**What if I want BBVA to authorize and pay overdrafts on my ATM and everyday debit card transactions?**

If you want us to authorize and pay overdrafts on ATM and everyday debit card transactions, you may opt-in to our standard overdraft practices by calling 1-844-BBVAUSA, visiting one of our branches or you may opt-in through BBVA Online Banking. Otherwise, BBVA will not, in most cases, authorize and pay overdrafts on your ATM and everyday debit card transactions.

**What if I want to change my opt-in/opt-out choice?**

You may change your choice by visiting a branch, calling 1-844-BBVAUSA or you may change your choice through BBVA Online Banking. Any requested change may be subject to processing time and may not be made immediately.

About BBVA

Our Story (/our-story.html)